IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PEEL'S PARK DRIVE, LLC, and L.E.E.P., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Defendant. | 8:23CV140 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 47.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of September, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge